IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ERIC PARR, | CIVIL 06-00041 JMS-LEK |
| Plaintiff, | |
| vs. | |
| JS & W HAWAI'I, INC., etc.,, | |
| Defendant. | |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on September 1, 2006, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Grant in Part and Deny in Part Plaintiff's Motion for Judgment by Default," are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, October 2, 2006.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

cc: all parties of record